**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 55 EAL 2020

              Respondent             :

                                 :  Petition for Allowance of Appeal
                                 :  from the Order of the Superior Court

             v.                    :

                                 :

ANDRE FOGG,                      :

              Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.